# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

_____
                                                  )
OXFAM AMERICA, INC.,             )
                                                  )
            Plaintiff,          )
     v.                         )        Civil Action No. 14-cv-13648
                                                  )
UNITED STATES SECURITIES AND   )
EXCHANGE COMMISSION,            )
                                                  )
            Defendant.        )
_____)

## NOTICE REGARDING ISSUANCE OF RELEASE PROPOSING REVISED RULE

On October 2, 2015, in accordance with the Court's September 2, 2015 order, the Securities and Exchange Commission advised the Court that, pursuant to its proposed rulemaking schedule, it anticipated holding a vote on a proposed rule before the end of 2015, and to afford members of the public a comment period thereafter of at least 45 days. *See* Notice of Proposed Expedited Rulemaking Schedule (Docket No. 40) at 1.

The Commission hereby notifies the Court that today the Commission issued a release proposing a revised Rule 13q-1 to implement Section 1504 of the Dodd-Frank Wall Street Reform and Consumer Protection Act, which the Commission voted to propose today. *See* http://www.sec.gov/rules/proposed/2015/34-76620.pdf. As the release notes, *see id.* at 2, the Commission is providing two comment periods for the proposed rule. Initial comments are due on January 25, 2016, and comments responding to issues raised in the initial comment period are due on February 16, 2016.

Dated: December 11, 2015                    Respectfully submitted,

                                                      /s/   Thomas J. Karr                    .
                                            THOMAS J. KARR
                                            KRISTIN S. MACKERT
                                            Office of the General Counsel
                                            Securities and Exchange Commission
                                            100 F Street, NE
                                            Washington, DC 20549-9612
                                            202-551-5163
                                            karrt@sec.gov

                                            *Counsel for Defendant United States*
                                            *Securities and Exchange Commission*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to counsel of record registered to receive notice of electronic filings, and that I served paper copies via U.S. Mail on:

> Michelle Harrison
> EarthRights International
> 1612 K St. NW
> Suite 401
> Washington, DC 20006

                                       /s/   Thomas J. Karr